AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# UNITED STATES DISTRICT COURT
## District of Hawaii

FEB 08 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

V.

SANDRA CLARKE
(Name and Address of Defendant)   41-278 Nakini Street
Waimanalo, HI 96795

SUMMONS IN A CRIMINAL CASE

Case Number: CR 01-00300 DAE 02

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| Before: David Alan Ezra, Chief United States District Judge | Date and Time<br>March 2, 2006 @ 9:00 a.m. |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title   United States Code, Section(s) .

Brief description of offense:
Order to Show Cause Why Supervision should not be revoked.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Sandra Clarke
41-278 Nakini Street
Waimanalo, HI 96795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Bernie Clarke_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Bernie Clarke
C. Date of Delivery: 2/7/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0006 9105 5856

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

RECEIVED 2006 JAN 27 AM 10:10 U.S. MARSHALS SERVICE HONOLULU, HI.

January 26, 2005
Date