# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/2/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00300DAE |
| CASE NAME: | USA v. (02)Sandra Clarke |
| ATTYS FOR PLA: | Larry Tong |
| ATTYS FOR DEFT: | (02)Pamela Tamashiro |
| USPO: | Derek Kim |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/2/2006 | TIME: | 9:00am-9:45am |

COURT ACTION: Order to Show Cause Why Supervised Released Should Not Be Revoked.

Defendant present, not in custody.

Defendant admits to violations 1, 3, 5, and 6. Defendant denies to violations 2, and 4.

Order to Show Cause Why Supervised Released Should Not Be Revoked-REVOKED.

SENTENCE

Imprisonment: 2 WEEKENDS

Supervised Release: 35 MONTHS

1) That the defendant shall abide by the standard conditions of supervision.

2) That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3) That the defendant not possess illegal controlled substances (mandatory condition)

4) That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5) That the defendant provide the Probation Office and the Financial Litigation Unit of the

      U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

6) That the defendant shall provide a copy of her pay stubs for each pay period for all jobs to the Probation Office

7) That the defendant shall not apply for any loan or open any line of credit or use any existing credit without prior approval of the Probation Office.

8) That the defendant shall maintain a personal bank account separate and apart from her husband or any other family member or person.

9) That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10) That restitution of $48,750, of which $23,000 is owed jointly and severally with codefendant Faith Tanner, is due immediately to the U.S. Department of Housing and Urban Development, with any remaining balance upon release from confinement be paid during the period of supervision on an installment basis of $400 per month to be paid within FIVE(5) DAYS of being paid. Interest is waived.

Special Assessment: $400.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu. Defendant to self-surrender no later than 700pm, on 3/24/2006 at the FDC Honolulu. Defendant shall be released no later than 500pm, on Sunday afternoon.

Defendant advised of her right to appeal.

Mittimus is stayed until 3/24/2006.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager