**ORIGINAL**

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 01-00300 DAE-02 |

SANDRA CLARKE
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | AS DESIGNATED |
| | Date and Time |
| Before: David Alan Ezra, United States District Judge | January 5, 2007 at 9:00 AM |

To Answer a(n) Probation/Supervised Release Violation Petition

Charging you with a violation of Title United States Code, Section(s) .

Brief description of offense:
ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED
2006 NOV 21 AM 10:34
U.S. MARSHALS SERVICE
HONOLULU, HI

Sue Beitia
Name and Title of Issuing Officer

[signature]
Signature of Issuing Officer/Deputy Clerk

November 21, 2006
Date



| | | |
|---|---|---|
| **Drew Tomimoto/HID/09/USCOURTS**<br>11/20/2006 04:03 PM | To<br>cc<br>bcc<br>Subject | HIDml_Docketers<br>HIDml_Intake<br><br>Fw: CLARKE, Sandra |



Good Afternoon,

Forwarding this message to you all.............

Hope this helps,
Drew

----- Forwarded by Drew Tomimoto/HID/09/USCOURTS on 11/20/2006 04:01 PM -----



| | | |
|---|---|---|
| **Peggy Santos/HIP/09/USCOURTS**<br>11/20/2006 03:50 PM | To<br>cc<br>Subject | HIPml_INTAKE - DISTRICT COURT<br><br>CLARKE, Sandra |

I'm sorry, I don't know who to e-mail. But can you relay this message to whoever is handling her summons please? I forgot to put her address on the request for summons when it came up for filing. Criminal No. CR 01-00300DAE-02. Her address is: 41-278 Nakini Street, Waimanalo, Hawaii 96795.

Sorry. Thank you.



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0002 1810 8083**
Status: **Notice Left**

We attempted to deliver your item at 4:01 PM on November 22, 2006 in WAIMANALO, HI 96795 and a notice was left. It can be redelivered or picked up at the Post Office. If the item is unclaimed, it will be returned to the sender. Information, if available, is updated every evening. Please check again later.



Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust        Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 1820 0002 1810 8083**
Status: **Unclaimed**

Your item was returned to the sender on December 9, 2006 because it was not claimed by the addressee.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Sandra Clarke
41-278 Nakini Street
Waimanalo, HI 96795

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0002 1810 8083

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7005 1820 0002 1810 8083

Sent To  S.Clarke 11/21/06 01-00300-02
Street, Apt. No.;
or PO Box No.
City, State, ZIP+4

**Certified Mail Provides:**
- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

*Important Reminders:*
- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not* available for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement *"Restricted Delivery"*.
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix label with postage and mail.

IMPORTANT: Save this receipt and present it when making an inquiry. Internet access to delivery information is not available on mail addressed to APOs and FPOs.

PS Form 3800, June 2002 (Reverse)