# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 01-00300DAE-02

CASE NAME:         United States of America vs. Sandra Clarke

ATTYS FOR PLA:     Lawrence Tong

ATTYS FOR DEFT:    Pamela Tamashiro

INTERPRETER:

JUDGE:    David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:     1/10/2007                TIME:       9:00 - 9:20

COURT ACTION:  Order to Show Cause Why Supervised Release Should Not Be Revoked:

Defendant present with counsel Pamela Tamashiro.

Defendant's Oral Motion to Continue Order to Show Cause GRANTED.

Further Hearing on Order to Show Cause Why Supervised Release Should Not Be Revoked
continued to January 23, 2007 at 9:00 a.m.

Submitted by:   Dottie Miwa, Courtroom Manager