# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

January 23, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00300DAE |
| CASE NAME: | UNITED STATES OF AMERICA v. (02) SANDRA CLARKE |
| ATTYS FOR PLA: | Lawrence Tong, AUSA |
| ATTYS FOR DEFT: | Pamela Tamashiro, Esq. |
| U.S.P.O.: | Derek M. Kim |

| | | | |
|---|---|---|---|
| JUDGE: | David A. Ezra | REPORTER: | Debra Chun |
| DATE: | January 23, 2007 | TIME: | 9:00 - 9:45 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT (02) SANDRA CLARKE

The defendant is present on bond.
The defendant admitted to Violation Nos. 1 and 2.

Allocution by the defendant.

The Court finds that this is a Grade C violation, Criminal History Category I.

Supervised release is revoked.

    ADJUDGED: Impr of 6 MONTHS as to each of Counts 1 to 3, to be served concurrently.

    SUPERVISED RELEASE: 29 MONTHS as to each of Counts 1 to 3, to be served concurrently upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition).

4. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

5. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

6. That the defendant shall not apply for any loan or open any line of credit or use any existing credit without prior approval of the Probation Officer.

7. That the defendant shall maintain a personal bank account separate and apart from her husband or any other family member or person.

8. That the defendant shall submit her property, person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That restitution of $48,750, of which $23,000 is owed jointly and severally with co-defendant Faith Tanner, is due immediately to U.S. Department of Housing and Urban Development, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived.

Advised of rights to appeal the sentence, etc.

The defendant is remanded to the custody of the USMS forthwith.

RECOMMENDATION: FDC - Honolulu, Hawaii.

Submitted by: Mary Rose Feria, Courtroom Manager