

PAMELA E. TAMASHIRO    #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone:    (808) 528-3332
Facsimile:    (808) 536-0458

Attorney for Defendant
SANDRA CLARKE



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 2 9 2007

at ____ o'clock and ____ min. ____ M
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00300 DAE |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING; |
| | ) | DEFENDANT'S MOTION TO |
| vs. | ) | MODIFY AND/OR REDUCE |
| | ) | SENTENCE  FOR INABILITY TO |
| SANDRA CLARKE, | ) | PAY RESTITUTION; |
| | ) | DECLARATION OF COUNSEL; |
| Defendant. | ) | CERTIFICATE OF SERVICE |
| | ) | |

### <u>NOTICE OF MOTION</u>

TO:    Lawrence L. Tong, Esq.
       300 Ala Moana Boulevard, Room 6-100
       Honolulu, Hawaii  96813
       Attorney for the United States

NOTICE IS HEREBY GIVEN that the foregoing Motion shall come on for

hearing before the Honorable David A. Ezra, Judge of the above-entitled Court, in

his courtroom at 300 Ala Moana Boulevard, Honolulu, Hawaii 96813,

at _____ __ .m. on _____, or as soon thereafter as

counsel can be heard.

DATED:     Honolulu, Hawaii, _January 28, 2007_.

_Pamela E. Tamashiro_

Pamela E. Tamashiro
Attorney for Defendant
SANDRA CLARKE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00300 DAE |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | MODIFY AND/OR REDUCE |
| vs. | ) | SENTENCE FOR INABILITY |
| | ) | TO PAY RESTITUTION |
| SANDRA CLARKE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DEFENDANT'S MOTION TO MODIFY AND/OR REDUCE SENTENCE FOR INABILITY TO PAY RESTITUTION

Defendant SANDRA CLARKE, by and through her attorney Pamela E. Tamashiro, hereby moves this Court for an order modifying and/or reducing the sentence of six-months of incarceration for Defendant's inability to pay her restitution which was made a condition of her supervised release.

This motion is made pursuant to Rule 35, Federal Rules of Criminal Procedure, Defendant's constitutional rights under the Fifth and Eighth Amendments, and 18 U.S.C. §§ 3553 and 3666, and is based upon the records and files herein, the declaration of counsel and memorandum in support of motion attached hereto, and any evidence that may be presented at a hearing on the motion.

DATED:    Honolulu, Hawaii, _January 28, 2007_ .

_Pamela E. Tamashiro_
Pamela E. Tamashiro
Attorney for Defendant
SANDRA CLARKE

2