IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00300 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | DECLARATION OF COUNSEL |
| vs. | ) ) ) | |
| SANDRA CLARKE, | ) ) | |
| Defendant. | ) ) | |

## DECLARATION OF COUNSEL

I, Pamela E. Tamashiro, do hereby declare and state as follows:

1. I am the attorney representing Defendant SANDRA CLARKE ("Defendant") in the above-referenced case. I have personal knowledge of the facts and circumstances contained herein unless stated upon information and belief.

2. The facts and circumstances contained in the memorandum of law attached hereto are true and correct to the best of my recollection of the events that transpired at the January 23, 2007 hearing.

I declare under penalty of law that the foregoing is true and correct to the best of my information and belief.

DATED:   Honolulu, Hawaii, _January 28, 2007_.

_____
Pamela E. Tamashiro