IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00300 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SANDRA CLARKE, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following individuals by hand delivery addressed to their following last known address:

    Lawrence L. Tong, Esq.
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii 96813
    Attorney for the United States

    Mr. Derek M. Kim
    U.S. Probation Office
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96813

DATED:   Honolulu, Hawaii, January 29, 2007.

Pamela E. Tamashiro
Attorney for Defendant
SANDRA CLARKE