ORIGINAL

PAMELA E. TAMASHIRO   #3492
Ocean View Center
707 Richards Street, Penthouse 7
Honolulu, Hawaii 96813
Telephone:   (808) 528-3332
Facsimile:    (808) 536-0458

Attorney for Defendant
SANDRA CLARKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00300 DAE |
|---|---|---|
| Plaintiff, | ) ) ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) ) | |
| SANDRA CLARKE, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Rules 3 and 4, Federal Rules of Appellate Procedure, that Defendant SANDRA CLARKE, through her court-appointed counsel Pamela E. Tamashiro, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of Conviction and Sentence filed herein on January 26, 2007.

DATED:   Honolulu, Hawaii, *February 5, 2007*.

*Pamela E. Tamashiro*
Pamela E. Tamashiro
Attorney for Defendant
SANDRA CLARKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 01-00300 DAE |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| SANDRA CLARKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date a copy of the foregoing was duly served upon the following individuals by hand delivery addressed to their following last known address:

    Lawrence L. Tong, Esq.
    300 Ala Moana Boulevard, Room 6-100
    Honolulu, Hawaii  96813
    Attorney for the United States

DATED:    Honolulu, Hawaii, *February 5, 2007*.

    _____
    Pamela E. Tamashiro
    Attorney for Defendant
    SANDRA CLARKE