# UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
### OFFICE OF THE CLERK
### 300 ALA MOANA BLVD., RM C-338
### HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

February 7, 2007

Lawrence L. Tong, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Ste. 6100
Honolulu, HI 96850

| | |
|---|---|
| IN RE: | U.S.A v. Sandra Clarke |
| CR NO. | CR 01-00300DAE- 02 |

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 02/05/07.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By  Laila M. Geronimo
Deputy

Enclosures

cc:  Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      Pamela E. Tamashiro, Esq.
          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet

TO:          Clerk, U.S. Court of Appeals          Date: February 7, 2007

FROM:        Clerk, U.S. District Court,  Hawaii

SUBJECT:     New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:      U.S.A. vs Sandra Clarke

U.S.D.C CASE NO.     CR 01-00300DAE—os

U.S.D.C. JUDGE:      David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ),PETITION ( ), FILED:     07/25/01

APPEALED ORDER FILED:          01/26/07

NOTICE OF APPEAL FILED:        02/05/07

## COUNSEL INFORMATION

APPELLANT:                              APPELLEE:
Pamela E. Tamashiro, Esq.               Lawrence L. Tong, AUSA
707 Richards Street, Penthouse 7        Office of the U.S. Attorney
Honolulu, HI  96813                     300 Ala Moana Blvd., Ste. 6100
                                        Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA
                (e.g. C.J.A.,  Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                        CUSTODY:                   ✓

                                BAIL:                      —

F/P GRANTED:      —

                                COUNSEL WAIVED:            —

NO OF DAYS OF TRIAL:   _

                                COURT  REPORTER(S):Cynthia Fazio,  Debra
                                Chun, ESR    —

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**    U.S.A. vs. Sandra Clarke

     **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

     **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

     **U.S. DISTRICT COURT DOCKET NUMBER:**  CR 01-00300DAE ~ 02

II     **DATE NOTICE OF APPEAL FILED:**    02/05/07

III    **U.S. COURT OF APPEALS PAYMENT STATUS:**    CJA appointed

     **DOCKET FEE PAID ON:**         **AMOUNT:**

     **NOT PAID YET:**             **BILLED:**

     **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED**:

     **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

     **IF YES, SHOW DATE:**

     **WAS F.P. STATUS REVOKED**:    **DATE:**

     **WAS F.P. STATUS LIMITED IN SOME FASHION?**

     **IF YES, EXPLAIN:**

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

     Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S.
Court of Appeals Docket Fee.)