IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____ U.S. District Court Case No. 01-00300 DAE

Short Case Title USA v. SANDRA CLARKE

Date Notice of Appeal Filed by Clerk of District Court 2/5/07

SECTION A - To be completed by party ordering transcript

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 23 2007
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| (1) 3/2/06 | Cynthia Fazio | Other (please specify) First OSC Hearing to Revoke Supervised Release |

(additional page for designations if necessary) (2) 1/23/07 transcript already received

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____ Estimated date for completion of transcript_____
Print Name of Attorney PAMELA E. TAMASHIRO    Phone Number 528-3332
Signature of Attorney Pamela E. Tamashiro
Address Ocean View Center, 707 Richards St., PH 7, Hon., HI 96813

SECTION B - To be completed by court reporter

I, _____ have received this designation.
            (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia
(U.S. District Court Clerk)        (date)        BY: _____
                                                    DEPUTY CLERK

## INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

**INSTRUCTIONS FOR ATTORNEYS**
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with the district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

**INSTRUCTIONS FOR COURT REPORTER**
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 11(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

**INSTRUCTIONS FOR THE CLERK**
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcripts are filed and the record is complete in the district court.