AO 245B     (Rev. 6/05) Judgment in a Criminal Case
             Sheet 2 - Imprisonment

CASE NUMBER:      1:01CR00300-02 *DAE*                     Judgment - Page 2 of 7
DEFENDANT:       SANDRA CLARKE

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 6 MONTHS as to each of Counts 1 to 3, to be served concurrently.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 4 2007

at 4 o'clock and __ min. PM
SUE BEITIA, CLERK

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        FDC - Honolulu, Hawaii

[✔]     The defendant is remanded to the custody of the United States Marshal.

[]      The defendant shall surrender to the United States Marshal for this district.
        [] at ___ on ___.
        [] as notified by the United States Marshal.

[]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [] before _ on ___.
        [] as notified by the United States Marshal.
        [] as notified by the Probation or Pretrial Services Officer.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on ___3-26-07___ to ___FDC Honolulu___

at ___Honolulu, HI___, with a certified copy of this judgment.

___John T. Rothman___
WARDEN ~~UNITED STATES MARSHAL~~

By ___W. Tsai___
LIE    ~~Deputy U.S. Marshal~~